AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

ROBERT LEE KIMMELL,

     Petitioner,     JUDGMENT IN A CIVIL CASE

  V.

                            CASE NUMBER: **3:10-cv-00099-LRH-VPC**

JAMES BENEDETTI, et al.,

     Respondents.

\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_     **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss (Docket No. 8) is GRANTED.  Ground two of the petition is DISMISSED WITH PREJUDICE.  Grounds one and three are DISMISSED WITHOUT PREJUDICE.

   February 8, 2011                                                                **LANCE S. WILSON**
                                                                                         Clerk

                                                                                      /s/ Katie Lynn Ogden
                                                                                        Deputy Clerk